# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JODY R. LINDQUIST,
        Plaintiff,

v.                                                            Case No. 11-CV-01040

MARK A. WALKER, and DOES 1 through 10,
        Defendants.

## DECISION AND ORDER

Plaintiff filed this case on November 11, 2011. Pursuant to Fed. R. Civ. P. 4(m), plaintiff had 120 days from filing within which to effect service of the complaint upon the defendant. That time period expired on March 12, 2011, yet no proof of service has been submitted to the court to date. As no service appears to have been effected within the 120-day period, Rule 4(m) and Civil L.R. 41(a) allow me to dismiss the case without prejudice upon my own initiative after twenty days notice to the plaintiff. This order gives plaintiff that notice and will allow her a brief extension to secure service and file appropriate proof thereof.

**THEREFORE, IT IS ORDERED** that plaintiff has 21 days from the date of this order until October 3, 2012 within which to serve defendant <u>and</u> file proof of that service with the clerk of court. If plaintiff fails to comply with this order, this case will be dismissed.

Dated at Milwaukee, Wisconsin, this 13th day of September 2012.

                                                                       s/ Lynn Adelman
                                                                       _____
                                                                       LYNN ADELMAN
                                                                        District Judge