UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JODY R. LINDQUIST,
        Plaintiff,

v.                               Case No. 11-CV-01040

MARK A. WALKER, and DOES 1 through 10,
        Defendants.

---

### DECISION AND ORDER

Plaintiff filed this case on November 11, 2011. Pursuant to Fed. R. Civ. P. 4(m), plaintiff had 120 days from filing within which to effect service of the complaint upon the defendant. That time period expired on March 12, 2011, yet no proof of service has been submitted to the court to date. Having warned plaintiff that failure to secure service and file appropriate proof thereof by October 3, 2012 would result in dismissal, I will now dismiss this case.

**THEREFORE, IT IS ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

Dated at Milwaukee, Wisconsin, this 16th day of October 2012.

                                              s/ Lynn Adelman
                                              _____
                                              LYNN ADELMAN
                                              District Judge